SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, NICK STERLING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 05CR00512 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| NICK STERLING, | ) | |
| Defendant. | ) | |

  On December 16, 2005, counsel for the Government, David Gappa, and Salvatore Sciandra counsel for defendant NICK STERLING appeared with defendant before the Honorable Lawrence J. O'Neill Presiding. Arraignment on the Indictment in this matter was heard and a briefing schedule was set. Both parties requested that time be excluded through the hearing on motions. However, the Court never specifically Ordered that time be excluded through the hearing on motions on January 17, 2006.

  **GOOD CAUSE APPEARING** it is Ordered that time be excluded pursuant to the Speedy Trial Act through and including January 17, 2006.

DATED: December 16, 2005        /s/ Salvatore Sciandra
                                  Attorney for Defendant,
                                  NICK STERLING

DATED:  December 16, 2005

/s/ David Gappa
Assistant United States Attorney

IT IS SO ORDERED.

**Dated:     December 20, 2005**              /s/ **Lawrence J. O'Neill**
b9ed48                                                UNITED STATES MAGISTRATE JUDGE