IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

v.  Case Number: 1:05CR00512-01

NICK STERLING
AKA LARRY GENE OLENSLAGER
AKA LARRY JOHN OLENSLAGER,

Defendant.

**MOTION TO TERMINATE SUPERVISED RELEASE AFTER COMPLETION OF ONE-YEAR SUPERVISION PURSUANT TO TITLE 18 U.S.C. SECTION 3583(e)(1)**

**DEFENDANT, NICK STERLING, COMES NOW,** pursuant to U.S. District Court – Eastern District California, and Title 18, United States Code, section 3583(e)(1), respectfully requests this Court to terminate his probation early, and states the following:

**STATEMENT OF FACTS:**

1. On September 16, 2006, Defendant was charged with the offense of Possession of Material Involving the Sexual Exploitation of Minors.

2. Defendant was found guilty of said offense, was sentenced to seven (7) years in prison. Upon his release, he was placed on probation for ten (10) year period. Defendant was ordered to refrain from being around children under the age of 18, refrain from using drugs or alcohol, submit to random drug testing, submit to random examinations of any computer equipment or devices to ensure compliance, submit DNA samples, register as a sex offender, refrain from viewing, using, reading or frequenting places with any sexually explicit materials, participate in an approved domestic violence program and pay a $100.00 fine.

NAME Nick Sterling
CDC/BKG# 
PO BOX 
STREET 500 North "N" Place
CITY, ST., ZIP Tulare CA 93274

3.     To date, Defendant has successfully completed all terms and conditions of his probation, to include payment in full of the court fine.

**MITIGATING INFORMATION:**

1.     The circumstances of the offense relates to "technology." I was sixty-three (63) years old the first time I had access to a computer which is what got me into trouble.

2.     I have reflected on the seriousness of the offense and have been shown that a sex offense is the "most serious" offense a person can commit. Prior to this offense, I upheld the law and was never in trouble. I have taken full responsibility for my actions and have complied with the orders of the court from my Pretrial release all the way to the present moment in my life.

3.     While I was incarcerated, I behaved in a quiet and inconspicuous manner. I enrolled in thirty (30) different educational programs where I received certifications and obtained my GED. I also worked while I was incarcerated. I never received any formal reprimands or required discipline. I stayed away from bad influences and kept to myself.

4.     Currently, I keep myself busy and I continue to stay out of trouble. I refrain from going anywhere or doing anything that would jeopardize my freedom. I maintain the law and stay in compliance with the terms of my probation. When I'm not working, I'm either at home or at the golf course.

5.     In the seventy-one years of my life. I have never been in trouble. I spent six (6) years in prison and the last two and one-half years (2 ½) on probation for a mistake I made over a four (4) month period of time.

6. There is nothing in my past prior to this offense that would indicate that I am a threat to society. I have never had a desire to be a criminal and to date, continue not to. I consider myself a law abiding citizen. I have learned my lesson.

7. I am seventy-one years old and I work for my daughter and son-in-law repairing equipment for their pool plastering business.

**THEREFORE**, based on all the facts stated above, I am requesting this Court to terminate my probation. I promise to uphold the law by refraining from any illegal activity and being a model citizen. I am seventy-one years old and I want to spend my final years free from reliving the biggest mistake of my life. I have let a lot of people down in my life by committing this crime but none more than myself. I will never own a computer again. I have no desire to view pornography of any kind or engage in any sexual misconduct. I have learned from my mistake and assure the court that my name will never be linked to a criminal case again.

**I declare under penalty of perjury under the laws of the State of California and under the laws of the Federal Government that the foregoing is true and correct.**

Dated: 6-17-2014

NICK STERLING, Defendant

**I HEREBY CERTIFY** that a true copy hereof has been furnished to Robert E. Coyle, United States Attorney, *2500 Tulare Street, Ste 4401, Fresno, California, 93721*, by regular U.S. mail, this 17th day of June 2014.