BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>NICK STERLING,<br><br>                          Defendant. | CASE NO.  1:05-CR-00512 AWI-BAM<br><br>OPPOSITION TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The defendant has filed a motion to terminate his supervised release early, after completing approximately one year of supervision, despite having agreed to serve a ten-year term of supervised release.  The defendant has failed to acknowledge that he signed a plea agreement, that was accepted by the court, that commits him to serve a ten-year term of supervised release.  The plea agreement does not have a provision that permits him to request early termination of the ten-year term of supervised release.  The government opposes the request, in part, because the Ninth Circuit has upheld a lifetime term of supervised release for a defendant who was convicted for possession of child pornography.  United States v. Cope, 506 F.3d 908 (9th Cir. 2007).  The Ninth Circuit also noted that other circuit courts of appeal have held that life terms of supervised release are reasonable for those convicted of possession of child pornography.  See Hayes, 445 F.3d at 537 (2d Cir. 2006) ("The fact that Hayes already was a recidivist . . . weakens substantially his argument that" a lifetime term was unreasonable.); United States

1  v. Gonzalez, 445 F.3d 815, 820 (5th Cir. 2006) (lifetime term for possession of child pornography was
2  reasonable); see also United States v. Moriarty, 429 F.3d 1012, 1025 (11th Cir. 2005) (lifetime term did
3  not violate Eighth Amendment).  The government and defendant negotiated a resolution to his criminal
4  case that balanced the need for custody and supervision, and the defendant should not now be permitted
5  to seek additional benefits that were not part of the negotiated settlement.  In addition, there are dozens
6  of other similarly-situated defendants who have been serving agreed-upon terms of supervised release
7  with no apparent violations.  If the court were to grant this defendant's request, it would encourage other
8  defendants – who likewise have agreed to lengthy terms of supervision – to file similar motions and
9  attempt to disturb the plea agreements they had entered and been sentenced under.

10       The defendant's request for early termination can be construed as a breach of the plea agreement.
11  If the defendant were found in breach of his plea agreement, the government would be permitted to
12  pursue a more serious charge and/or a harsher sentence than the defendant has faced and agreed to serve.

14  Dated:  June 25, 2014               BENJAMIN B. WAGNER
                                        United States Attorney

16                                       /s/ DAVID L. GAPPA
                                        DAVID L. GAPPA
17                                      Assistant United States Attorney

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE**<br>**Case No. 1:05-CR-00512 AWI** |
| NICK STERLING, | ) ) | |
| Defendant. | ) ) ) | |

_____

  The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

  That on June 25, 2014 she served a copy of the OPPOSITION TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE via first class mail by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.

Addressee(s): **NICK STERLING**
      **520 North N Place**
      **Tulare, CA 93274**

                */s/ Susan K. Sok*
                Susan K. Sok
                Legal Assistant