IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:05-cr-00512-AWI |
|---|---|
| Plaintiff, | ) ORDER DENYING DEFENDANT'S ) MOTION TO TERMINATE SUPERVISED |
| vs. | ) RELEASE AFTER COMPLETION OF ONE ) YEAR SUPERVISION |
| NICK STERLING, | ) (Doc. 25) |
| Defendant. | ) |

Defendant Nick Sterling ("Defendant") filed his Motion to Terminate Supervised Release After Completion of One-Year Supervision ("Motion") on June 23, 2014. The Government filed its Opposition on June 25, 2014. Having reviewed the Motion and Opposition, the court finds that Defendant signed a plea agreement in which he agreed to serve a ten year term of supervised release as part of a negotiated settlement with the government. The court accepted the plea agreement, finding that a ten year term of supervised release was part of a reasonable sentence, and imposed the ten year term. Upon reviewing the Motion and the Opposition, the court concludes that the ten year term of supervised release remains a reasonable term of supervised release. Nothing in the Defendant's Motion persuades the court otherwise. Therefore, Defendant's Motion is DENIED.

IT IS SO ORDERED.

Dated:  January 23, 2015                                    _____
                                                                    SENIOR DISTRICT JUDGE