IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>NICK STERLING,<br><br>            Defendant. | ) Case No.: 1:05-cr-00512-AWI<br>)<br>) ORDER DENYING DEFENDANT'S<br>) MOTION TO TERMINATE SUPERVISED<br>) RELEASE AFTER COMPLETION OF ONE<br>) YEAR SUPERVISION<br>)<br>) (Doc. 25)<br>) |

   Defendant Nick Sterling ("Defendant") filed his Motion to Terminate Supervised Release After Completion of One-Year Supervision ("Motion") on June 23, 2014. The Government filed its Opposition on June 25, 2014.  Having reviewed the Motion and Opposition, the court finds that Defendant signed a plea agreement in which he agreed to serve a ten year term of supervised release as part of a negotiated settlement with the government.  The court accepted the plea agreement, finding that a ten year term of supervised release was part of a reasonable sentence, and imposed the ten year term.  Upon reviewing the Motion and the Opposition, the court concludes that the ten year term of supervised release remains a reasonable term of supervised release.  Nothing in the Defendant's Motion persuades the court otherwise.  Therefore, Defendant's Motion is DENIED.

IT IS SO ORDERED.

Dated:   January 23, 2015                              _____
                                                                            SENIOR  DISTRICT JUDGE