# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Nick Sterling                              **Docket Number:**   0972 1:05CR00512

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   9/11/2006

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors

**Original Sentence:** 78 Months Bureau of Prisons; 120 Months Supervised Release; $100 Special Assessment; DNA

**Special Conditions:**

Warrantless Search
No On-Line Computer Access
No Contact With All Minors
Computer Inspection
Pornography Restriction
Phone Record Disclosure
Notice to Employer of Computer Restriction
Sex Offender Treatment
Registration (sex)
DNA

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   12/30/2011

**Other Court Actions:**
None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

**Justification:** On September 24, 2015, this officer conducted an unannounced contact at the offender's residence. During a walk through and plain view inspection of the offender's residence, a green leafy substance consistent with marijuana was located inside a plastic bag in the offender's bedroom. The offender's adult brother indicated the substance belonged to the offender's adult son. The offender also indicated the substance belonged to his son. Subsequently, this officer spoke to the offender's son who admitted the substance was his. He apologized for leaving it in his father's bedroom and stated his father does not use drug or any illegal substances.

The offender offered to submit to a drug test following this incident. However, his drug testing condition is suspended based on the court's determination that the offender poses a low risk of substance abuse. Therefore, the offender has not been drug tested.

On November 11, 2015, the offender voluntarily signed Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the proposed modification.

Respectfully submitted,

/s/ Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone: (559) 734-2933

**DATED:** 11/3/2015

Reviewed by,

/s/ Lonnie E. Stockton
**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   November 3, 2015                                   _____
                                                                                                  SENIOR  DISTRICT  JUDGE