# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-512-AWI |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANT'S THIRD MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| NICK STERLING, | |
| Defendants. | |

On May 12, 2006, Defendant Nick Sterling ("Defendant") pled guilty to possession of material involving the sexual exploitation of minors in violation of 18 U.S.C. § 2252(a)(4)(B). Doc. 17. The Court sentenced Defendant to a term of imprisonment of 78 months and a term of supervised release of 120 months. On January 23, 2015, this Court denied Defendant's motion for early termination of supervised release, concluding that the ten-year term of supervised release originally imposed remained reasonable. Doc 27.

On February 19, 2016, Defendant filed a second motion for early termination of supervised release. Doc. 29. On November 18, 2016, after again considering a subset of the factors set forth in 18 U.S.C. § 3553(a), the Court denied Defendant's second motion, finding that the "ten-year term of supervised release initially imposed continue[d] to serve the interests

of deterrence and protection of the public, continue[d] to be reasonable in light of the sentencing range established for similar offenses, and is, in fact, less than the term of supervised release recommended by the applicable policy statement." Doc. 30 at 2; *see* 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6).

Roughly two months after the Court denied Defendant's second motion for termination of supervised release, Defendant filed a third motion for termination of supervised release. Doc. 31. This third motion did not argue that a significant change in circumstances had taken place since the time of the Court's order on the second motion. Indeed, Defendant simply reiterates his disagreement with the Court's conclusion that the "interest of justice does not weigh in favor of early termination of supervised release." Doc. 30 at 2. The United States continues to oppose Defendant's motion. Doc. 32. The Court remains unconvinced that early termination of supervised release is warranted.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant's motion for early termination of supervised release is DENIED.[1]

IT IS SO ORDERED.

Dated: April 25, 2017

_____
SENIOR DISTRICT JUDGE

---

[1] Any further motions for early termination of supervised release on the bases already raised will be denied without further comment.